FILED

2009 JUL -2 AM 10: 03

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANK DEBENEDICTIS and
DEBORAH DEBENEDICTIS,

    Plaintiffs,

v.

KNAUF GIPS KG, et al.,

    Defendants.

_____/

CASE NO.: 2:09-cv-421-FtM-99DNF

DISTRICT JUDGE Douglas N. Frazier

## MOTION FOR SPECIAL ADMISSION (PRO HAC VICE) ON BEHALF OF PLAINTIFFS FRANK AND DEBORAH DEBENEDICTIS

Plaintiffs move for the special admission of attorney William F. Cash III in this action pursuant to Loc. R. 2.02. Attorney Cash is a member in good standing of the bar of the State of Ohio, and will take the Florida bar exam in July 2009. (Cash Decl., Ex. A ¶¶ 2, 6.) Upon admission to The Florida Bar, Cash will promptly seek general admission to the Middle District of Florida. (Ex. A ¶ 8.)

RESPECTFULLY SUBMITTED,

_____
William F. Cash III
(Ohio Bar 84482)

LEVIN, PAPANTONIO, THOMAS, MITCHELL,
   ECHSNER, AND PROCTOR, P.A.
316 South Baylen Street
Pensacola, Florida 32502
Phone: 850-435-7059
FAX:    850-436-6059
E-mail: bcash@levinlaw.com