# Exhibit A: Declaration

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANK DEBENEDICTIS and
DEBORAH DEBENEDICTIS,

    Plaintiffs,

v.

KNAUF GIPS KG, et al.,

    Defendants.
_____/

CASE NO.: 2:09-CV-421-FtM-99DNF

DISTRICT JUDGE Douglas N. Frazier

**DECLARATION OF WILLIAM F. CASH III**

1. I am thirty-one years old and competent to make this declaration.

2. I am a member in good standing of the bar of the State of Ohio and am seeking special admission in this case until I am able to apply for general admission to the bar of the Middle District of Florida.

3. I graduated *summa cum laude* from Capital University Law School in Ohio in May 2008 and passed the Ohio bar exam in July 2008 with a score in the top 4% of all exam takers statewide.

4. Thereafter, I moved to Pensacola to serve as a law clerk at the United States District Court for the Northern District of Florida.

5. I joined the law firm of Levin, Papantonio, Thomas, Mitchell, Echsner, and Proctor, P.A. in Pensacola in April 2009.

6. I promptly registered for the next Florida bar exam, which is in July 2009.

7. I expect to pass this exam and then be admitted to The Florida Bar in September 2009 or thereabouts.

8. Upon my admission to The Florida Bar, I will promptly seek general admission to the bar of the Middle District of Florida.

9. If granted special admission in this case, I will faithfully represent the Plaintiffs to the best of my ability, and will do so in close consultation with experienced attorneys in my firm.

10. I have not represented any other client in the State of Florida. I do not hold myself out as licensed in the State of Florida. Therefore, I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

11. I will file the Court's Special Admission Attorney Certification on the same day as this declaration will be filed. Although the Certification states that I am not a resident of Florida, I did establish residency in the state in September 2008. Per a telephone conversation with a deputy clerk in the Fort Myers Division of the Middle District on June 26, 2009, this is the appropriate manner in which an attorney in my situation is to proceed because the judges of the Middle District have interpreted "resident" to mean an attorney with a regular practice of making appearances in Florida state or federal courts.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on June 29, 2009.

                          RESPECTFULLY SUBMITTED,

                          William F. Cash III
                          (Ohio Bar 84482)

                          LEVIN, PAPANTONIO, THOMAS, MITCHELL,
                              ECHSNER, AND PROCTOR, P.A.
                          316 South Baylen Street
                          Pensacola, Florida 32502
                          Phone: 850-435-7059
                          FAX:   850-436-6059
                          E-mail: bcash@levinlaw.com