UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**FRANK DEBENEDICTIS and**
**DEBORAH DEBENEDICTIS,**

      **Plaintiffs**,

vs.                              CASE NO. 2:09-CV-421-FtM-UA-DNF

**KNAUF GIPS KG, et. al.,**

      **Defendants**
_____/

**O R D E R**

**THIS CAUSE** came on for consideration on the Plaintiff's Unopposed Motion for Admission *Pro Hac Vice* of William F. Cash III [Doc. 3] filed on July 2, 2009, pursuant to Local Rule 2.02 of the United States District Court for the Middle District of Florida. The Court being fully advised in the premises, it is,

    **ORDERED and ADJUDGED**:

The Court will allow to appear specially and represent the Plaintiffs', William F. Cash III of the Law Firm of Levin, Papantonio, Thomas, Mitchell, Echsner, and Proctor, P.A., 326 South Baylen Street, Pensacola, Florida 32502, until he becomes admitted to the Florida Bar. Upon admission to the Florida Bar, William F. Cash III is directed to apply to become a member of the Middle District of Florida.

Pursuant to Rule 2:02(a) Attorney William F. Cash III is directed to appoint local counsel within ten (10) days from the date of this Order.

**IT IS FURTHER ORDERED:**

Unless already completed, within eleven (11) days from the date of this Order, Counsel shall register for CM/ECF. Failure to register may cause the Court to revoke its permission to appear specially.

**DONE and ORDERED** at Chambers in Fort Myers, Florida, this 13th day of July, 2009.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

cc:
All Parties of Record